**No. 09-1109. Deborah J. Thomas, Petitioner v. The Walt Disney Company, et al.**

560 U.S. 905, 130 S. Ct. 3287, 176 L. Ed. 2d 1185, 2010 U.S. LEXIS 4004.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 337 Fed. Appx. 694.